IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| JAYSON NEIL SPARKS, <br> TDCJ No. 02081577, <br><br> Plaintiff, <br><br> v. <br><br> SHAREN WILSON, et al., <br><br> Defendants. | § § § § § § § § § § § | <br><br><br><br><br><br> Civil Action No. 7:20-cv-030-O |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** Plaintiff's challenge to his underlying conviction is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous and with prejudice to being asserted again unless Plaintiff can demonstrate that the conditions set forth in *Heck v. Humphrey* have been satisfied.

Plaintiff's civil rights claims are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous.

**SIGNED** this **16th day** of **March, 2023.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE